**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JENNIFER LIND, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:21-CV-01028-CAP |
| | ) |
| ATLANTA INTERNATIONAL SCHOOL, INC., | ) |
| | ) |
|    Defendant. | ) |

**STIPULATION OF DISMISSAL**

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

Respectfully submitted this 24th day of June, 2021.

WE CONSENT AND SO STIPULATE:

| | |
|---|---|
| s/ *Mary Anne Ackourey* | s/ *Adian R. Miller* |
| Mary Anne Ackourey | Adian R. Miller |
| Georgia Bar No. 001555 | Georgia Bar No. 794647 |
| Michael M. Hill | **BARRETT & FARAHANY** |
| Georgia Bar No. 770486 | 1100 Peachtree Street, N.E., Suite 500 |
| **FREEMAN MATHIS & GARY, LLP** | Atlanta, GA 30309 |
| 100 Galleria Parkway, S.E., Suite 1600 | T:  (404) 214-0120 |
| Atlanta, GA  30339 | F:  (404) 214-0125 |
| | E:  adian@justiceatwork.com |

- 1 -

- 2 -

T:  (770) 818-0000  *Counsel for Plaintiff*
F:  (770) 937-9960
E:  mackourey@fmglaw.com
E:  mhill@fmglaw.com

*Counsel for Defendant*